Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−25496−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lara Delazari−Diogo
   352 Memorial Parkway
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−9441

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 16, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 17 − 2, 5
Order Confirming Chapter 13 Plan Payment Schedule: That commencing 8 /1/2017 , the Debtor shall pay the Standing Trustee the sum of $100 .00 for a period of 36 month (s), which payments shall include commission and expenses of the Standing Trustee. (related document:2 Chapter 13 Plan and Motions filed by Debtor Lara Delazari−Diogo, 5 Confirmation Hearing Scheduled). Attorney's Fee: $ Motions included in plan are granted. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/13/2017. The follow up deadline is 12/1/2020. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 16, 2017
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-25496-RG
Lara Delazari-Diogo                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Oct 16, 2017
                            Form ID: orderntc        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2017.
db             +Lara Delazari-Diogo,    352 Memorial Parkway,    Bloomfield, NJ 07003-4263
cr             +Weichert Financial Services,    1 Corporate Drive,    Suite 360,    Lake Zurich, IL 60047-8945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2017 22:39:44
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2017 at the address(es) listed below:
          Christopher J. Balala    on behalf of Debtor Lara  Delazari-Diogo cbalala@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Debtor Lara  Delazari-Diogo dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage
           Pass-Through Certificates, Series 2007-10, U.S. Bank National Association, as Trustee
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Robert P. Saltzman    on behalf of Creditor    Weichert Financial Services dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6