# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 17–25496–RG
> Chapter: 13
> Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lara Delazari–Diogo
   352 Memorial Parkway
   Bloomfield, NJ 07003

Social Security No.:
   xxx–xx–9441

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 13, 2017.

On 11/14/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:              December 20, 2017
Time:              09:00 AM
Location:          Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 15, 2017
JAN: dlr

                                                        Jeanne Naughton
                                                        Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                          Case No. 17-25496-RG
Lara Delazari-Diogo                                             Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2        Date Rcvd: Nov 15, 2017
                              Form ID: 185               Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db             +Lara Delazari-Diogo,    352 Memorial Parkway,    Bloomfield, NJ 07003-4263
516975381      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
516975382     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:   Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
516975383      +Cb/anntylr,    Po Box 182273,    Columbus, OH 43218-2273
516975384      +Comenity Bank/anntylr,    Po Box 182273,    Columbus, OH 43218-2273
516975385      +Comenitybk/victoriasec,    Po Box 182789,    Columbus, OH 43218-2789
516975386      +Joey Fowler,    403 Briant Park Drive,    Springfield, NJ 07081-2169
516975387     #+Jose Diogo,    516 Schyler Ave.,    Kearny, NJ 07032-4102
517006966      +Nelnet on behalf of ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
517136848      +Nordstrom, Inc.,    Jefferson Capital Systems LLC Assignee,    Po Box 7999,
                 Saint Cloud Mn 56302-7999
517013933      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517109615      +Weichert Financial Services,    1 Corporate Drive, Suite 360,    Lake Zurich, IL 60047-8945
516975392      +Wells Fargo Bank, N.A.,    420 Montgomery Street,    Attn: Bankruptcy Dept.,
                 San Francisco, CA 94104-1298

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2017 23:09:39     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2017 23:09:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 23:06:50
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517027645       E-mail/Text: ally@ebn.phinsolutions.com Nov 15 2017 23:08:49     Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
516975380       E-mail/Text: ally@ebn.phinsolutions.com Nov 15 2017 23:08:49     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
516975388      +E-mail/Text: electronicbkydocs@nelnet.net Nov 15 2017 23:09:41     Nelnet Loans,
                 6420 Southpoint Pkwy,    Jacksonville, FL 32216-0946
516975389      +E-mail/Text: bnc@nordstrom.com Nov 15 2017 23:09:01     Nordstrom Fsb,   13531 E Caley Ave,
                 Englewood, CO 80111-6505
517131253       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2017 23:13:19
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,   POB 41067,   Norfolk VA 23541
517107883       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2017 23:13:09
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
                 Norfolk VA 23541
516975390      +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 23:07:04     Syncb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
516978923      +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 23:06:49     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516975391       E-mail/Text: bankruptcy@td.com Nov 15 2017 23:09:40     Td Bank N.a.,   70 Gray Rd,
                 Portland, ME 04105
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Weichert Financial Services,    1 Corporate Drive,   Suite 360,   Lake Zurich, IL 60047-8945
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                       Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin               Page 2 of 2                  Date Rcvd: Nov 15, 2017
                              Form ID: 185              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
              Christopher J. Balala    on behalf of Debtor Lara  Delazari-Diogo cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              David L. Stevens    on behalf of Debtor Lara  Delazari-Diogo dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com;dmedina@scura.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage
               Pass-Through Certificates, Series 2007-10, U.S. Bank National Association, as Trustee
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor    Weichert Financial Services dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```