| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Lara Delazari–Diogo** | Social Security number or ITIN   xxx–xx–9441 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–25496–RG | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lara Delazari–Diogo

10/9/20

By the court: <u>Rosemary Gambardella</u>
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

In re:

Lara Delazari-Diogo

    Debtor(s)

Case No. 17-25496-RG

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 09, 2020 | Form ID: 3180W | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lara Delazari-Diogo, 352 Memorial Parkway, Bloomfield, NJ 07003-4263 |
| 517192328 | + | AllianceOne Receivables Management, Inc., PO Box 11357, Tacoma, WA 98411-0357 |
| 516975386 | #+ | Joey Fowler, 403 Briant Park Drive, Springfield, NJ 07081-2169 |
| 517192325 | + | NJ EZ Pass, PO Box 4971, Trenton, NJ 08650-4971 |
| 517006966 | + | Nelnet on behalf of ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 517192324 | + | New York City Dept. of Finance, Red Light Camera Monitoring Program, PO Box 3641, New York, NY 10008-3641 |
| 517192323 | + | New York City Dept. of Finance, 59 Maiden Lane, 24th Floor, New York, NY 10038-4613 |
| 517136848 | + | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517013933 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517192327 | + | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 517109615 | + | Weichert Financial Services, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 09 2020 22:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 09 2020 22:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Oct 10 2020 01:38:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517027645 | | EDI: GMACFS.COM | Oct 10 2020 01:38:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 516975380 | + | EDI: GMACFS.COM | Oct 10 2020 01:38:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 516975381 | + | EDI: TSYS2.COM | Oct 10 2020 01:38:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 516975382 | | EDI: CAPITALONE.COM | Oct 10 2020 01:38:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 516975383 | + | EDI: WFNNB.COM | Oct 10 2020 01:38:00 | Cb/anntylr, Po Box 182273, Columbus, OH 43218-2273 |
| 516975384 | + | EDI: WFNNB.COM | Oct 10 2020 01:38:00 | Comenity Bank/anntylr, Po Box 182273, Columbus, OH 43218-2273 |
| 517215944 | + | EDI: WFNNB.COM | | |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Oct 09, 2020 | Form ID: 3180W | Total Noticed: 35

| | | Oct 10 2020 01:38:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
|---|---|---|---|
| 516975385 | + EDI: WFNNB.COM | | |
| | | Oct 10 2020 01:38:00 | Comenitybk/victoriasec, Po Box 182789, Columbus, OH 43218-2789 |
| 516975388 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Oct 09 2020 22:06:00 | Nelnet Loans, 6420 Southpoint Pkwy, Jacksonville, FL 32216-0946 |
| 516975389 | + Email/Text: bnc@nordstrom.com | | |
| | | Oct 09 2020 22:05:24 | Nordstrom Fsb, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 517131253 | EDI: PRA.COM | | |
| | | Oct 10 2020 01:38:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517107883 | EDI: PRA.COM | | |
| | | Oct 10 2020 01:38:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517213431 | EDI: Q3G.COM | | |
| | | Oct 10 2020 01:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517226514 | EDI: Q3G.COM | | |
| | | Oct 10 2020 01:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518139959 | + Email/Text: bncmail@w-legal.com | | |
| | | Oct 09 2020 22:07:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518139960 | + Email/Text: bncmail@w-legal.com | | |
| | | Oct 09 2020 22:07:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 516975390 | + EDI: RMSC.COM | | |
| | | Oct 10 2020 01:38:00 | Synch/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516978923 | + EDI: RMSC.COM | | |
| | | Oct 10 2020 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516975391 | EDI: TDBANKNORTH.COM | | |
| | | Oct 10 2020 01:43:00 | Td Bank N.a., 70 Gray Rd, Portland, ME 04105 |
| 517192326 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | Oct 09 2020 22:07:00 | Transworld Systems, Inc., PO Box 15110, Wilmington, DE 19850-5110 |
| 516975392 | + EDI: WFFC.COM | | |
| | | Oct 10 2020 01:43:00 | Wells Fargo Bank, N.A., 420 Montgomery Street, Attn: Bankruptcy Dept., San Francisco, CA 94104-1298 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Weichert Financial Services, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 516975387 | ##+ | Jose Diogo, 516 Schyler Ave., Kearny, NJ 07032-4102 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2020                          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Lara Delazari-Diogo dstevens@scura.com ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Citigroup Mortgage Loan Trust Inc.  Mortgage Pass-Through Certificates, Series 2007-10, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Weichert Financial Services dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6